## LANGDON v. LANGDON.

If an execution is indorsed by mistake or accident — the party's remedy is by motion or *scire facias* to the same court for an *alias* — and the court in such case do not render any new judgment.

ERROR to reverse a judgment of the County Court, on a *scire facias*, brought by said Ezekiel against said James, complaining that he had an execution against said James for £15 lawful money debt and £2 11s. 8d. cost, issued on a judgment of the County Court; that he delivered it to ⸻ Reed, a constable, who levied said execution on certain articles of household furniture, necessary for upholding life, and which by law were exempted from being taken in execution — which articles said constable posted and sold at public auction and indorsed them on said execution; that said James instituted his action against said constable for said articles of goods taken as aforesaid, and had recovered judgment for £12 10s. lawful money damages and cost against said constable, for said goods, on the ground that they were not liable to be taken in execution for debt: whereby his said judgment and execu-

tion against said James remained unsatisfied, although in-
dorsed in full; praying for an *alias* execution to be granted
on said judgment for the sum due thereon, etc.

· To this writ of *scire facias* a demurrer was given, and the
County Court gave judgment that the declaration was suffi-
cient and for the plaintiff to recover the sum of £7 13s. 7d.
lawful money damages and £5 2s. 6d. cost.

Errors assigned — 1st. That the declaration was insufficient,
for it appeared to be the plaintiff's own fault, that said neces-
saries were taken. 2d. Said Ezekiel's remedy was against said
constable who indorsed said execution — as it did not appear
that he gave said constable orders to take them. 3d. That
said Ezekiel's remedy was by motion to the court for an *alias*
execution. 4th. No cost ought to have been allowed. Plea —
Nothing erroneous.

· Judgment — Manifest error.

By the COURT. Where an execution is discharged or in-
dorsed by mistake or accident, the party's remedy is by appli-
cation to the same court, by *scire facias* or by motion, as the
case may be, for an *alias* execution; and the court if upon
examination they find it to be right and just, will grant an
*alias* execution, but no new judgment is entered for damages
or cost.